FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 09 2024

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____Northern_____ DIVISION

CASE NO. 3:24-cv-226-KGB-JJV

Jury Trial: ☑ Yes ☐ No
(Check One)

This case assigned to District Judge __Baker__
and to Magistrate Judge __Volpe__

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Micheal Tyrone Joseph Joyce
ADC# 150227

Address: Grimes Unit, 300 corrections Drive, Newport, AR 72112

Name of plaintiff: _____
ADC# _____
Address: _____

Name of plaintiff: _____
ADC# _____
Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: James Smith
Position: Grimes Unit doctor
Place of employment: Grimes Unit
Address: 300 corrections drive

Name of defendant: _____

Position:_____

Place of employment:_____

Address:_____

Name of defendant:_____

Position:_____

Place of employment:_____

Address:_____

Name of defendant:_____

Position:_____

Place of employment:_____

Address:_____

II. Are you suing the defendant in:

☐ Official capacity only

☐ Personal capacity only

☑ Both official and personal capacity

III. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes _____ No ✓

B. If you answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐ Court (if federal court, name the district; if state court, name the county):

_____

☐ Docket Number: _____

☐ Name of Judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still

pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of Present confinement: <u>Arkansas Department of Correction, Grimes Unit, 300 Corrections Drive, Newport, AR 72112</u>

V. At the time of the alleged incident(s), were you:

(Check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)

explain: _____

_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. §1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?
Yes _✓_ No ____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?
Yes _✓_ No ____

If not, why? _____

_____

VII. Statement of claim

State here (as briefly as possible) the facts of you case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

James Smith is one of the providers at the Grimes Unit here in Newport, Ar. He examined my knee and told me that my knee was normal. I still can not straighten my right knee all the way out. It took almost 5-6 months to get an X-ray and another month or 2 for an MRI. As I recall, the result of the MRI was a slight meniscus tear and once I had the results the X-Ray technician mentioned that there was something going on with my hip that was causing my knee pain or discomfort. I have had numerous sick calls and grievances concerning my knee and the only time anything was done was when I wasn't seeing James Smith. I now have a knee brace but it is not fixing the situation. It's been almost 2 years.

VII.	Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am asking for justice in the form of paying for my surgery which I believe will have to happen. I'm asking to be transferred and monetary compensation.

I declare under penalty of perjury (18 U.S. C. § 1621) that the forgoing is true and correct.
Executed on this __2__ day of __December__, 20__24__.

_____
Signature(s) of Plaintiff(s)

RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2024 DEC -9 A 9 54

TAMMY H DOWNS

STATE OF ARKANSAS ) 
) §§
COUNTY OF Jackson )

## AFFIDAVIT

I, Micheal Tyrone Joseph Joyce after first being duly sworn, do hereby swear, depose and state that: I am indigent inmate at the Grimes Unit and I am not able to pay the filing fee or any fee thereafter. I have not had funds in my inmate account since June or July of 2023 approximately. I am requesting to proceed in forma pauperis and pray that this request will be granted. I have a suit in the western district but it is not dealing with any of these matters. Thank you and God bless you.

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

12-2-24
DATE

Micheal Joyce
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 4 day of December, 2024.

NOTARY PUBLIC

My Commission Expires: 1-5-2033

MICHAEL MORRIS
WHITE COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires 1-5-2033
Commission No. 12723798

Micheal Joyce 150727
300 corrections drive
Newport, Ar 72112

ADC GRIMES UNIT
ADC GRIMES UNIT

FIRST-CLASS MAIL
$002.04
12/05/2024 ZIP 72112
043M31231547

Pro se clerk
500 west capitol avenue, Room A149
Little Rock, Ar 72201