IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHEAL TYRONE JOSEPH JOYCE
ADC #150227                                                                                          PLAINTIFF

v.                                      3:24-cv-00226-KGB-JJV

JAMES SMITH,
Doctor, Grimes Unit                                                                                  DEFENDANT

## ORDER

On March 7, 2025, Defendant Dr. James Smith filed an Amended Suggestion of Bankruptcy and Notice of Stay (Doc. 17) due to the bankruptcy filing by Wellpath Holdings, Inc., and related entities ("Wellpath Bankruptcy") in the case of *In re: Wellpath Holdings, Inc., et al.*, Case No. 24-90533 (Bankr. S.D. Tex). According to the February 20, 2025 Amended Final Order Enforcing the Automatic Stay, all claims or causes of action against Wellpath's current or former employees, clients or customers, and current or former employees of those clients or customers are stayed "until the earlier of (a) the effective date of a confirmed chapter 11 plan; (b) dismissal of the chapter 11 cases of the Debtors; or (c) April 30, 2025." (Doc. 17-2 at 3-4.)

IT IS, THEREFORE, ORDERED THAT:

1.      All deadlines and proceedings in this case are STAYED in their entirety until further order.

2.      Defendant must file a status report **within seven days** of the entry of any Order entered by United States Bankruptcy Judge Alfredo R. Perez in the Wellpath Bankruptcy that lifts or further extends the automatic stay. If Plaintiff or any non-debtor Defendant wishes to file a Motion for Relief from Stay, pursuant to 11 U.S.C. § 362, such motion must be filed with

1

the Bankruptcy Clerk for the Southern District of Texas, 515 Rusk Street, Houston, Texas 77002 in the case of *In re: Wellpath Holdings, Inc., et al*., Case No. 24-90533.

    DATED this 13th day of March 2025.

                                                                 _____
                                                                  JOE J. VOLPE
                                                                 UNITED STATES MAGISTRATE JUDGE