# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

MICHEAL TYRONE JOSEPH JOYCE
ADC #150227                                                                                                   PLAINTIFF

v.                                          3:24-cv-00226-KGB-JJV

JAMES SMITH,
Doctor, Grimes Unit                                                                                          DEFENDANT

## ORDER

The automatic stay has expired in the bankruptcy proceedings as of May 7, 2025, as to all non-debtor defendants. *See In re Wellpath Holdings, Inc., et al.*, Case No. 24-90533 (Bankr. S.D. Tex) (Bankr. Doc. Nos. 2592, 2599) (providing for expiration of the automatic stay as to non-debtor defendants). The debtor's plan was confirmed on May 1, 2025, and became effective May 9, 2025. *Id.* (Bankr. Doc. 2596) (order confirming plan); (Bankr. Doc. No. 2680) (notice providing that effective date of plan is May 9, 2025). The confirmed plan of reorganization may potentially impact this case. However, the burden is on Wellpath to assert any claim, estoppel, alternative procedure, defense or other matter arising from the confirmed plan or the bankruptcy proceedings.

IT IS, THEREFORE, ORDERED THAT the stay (Doc. 18) is lifted, and this case is reinstated. A new scheduling order will be forthcoming.

Dated this 30th day of May 2025.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1