IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHEAL TYRONE JOSEPH JOYCE**                                                              **PLAINTIFF**
**ADC #150227**

v.                                    Case No. 3:24-cv-00226-KGB

**JAMES SMITH, Doctor,**
**Grimes Unit**                                                                                               **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Micheal Tyrone Joseph Joyce's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal is considered frivolous and not in good faith.

So adjudged this 29th day of December, 2025.

_____
Kristine G. Baker
Chief United States District Judge